UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - MQ
May 3, 2024 10:56 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___slk___

CARLI CARPENTER, TRIAL COURT
CRIMINAL COMPLAINANT
ON BEHALF OF MDOC PRISONER
#267009 DERRICK LEE CARDELLO-SMITH,
   Petitioner,

CASE NO. 1:24-cv-465

Phillip J. Green - Magistrate Judge

VS

ASSIGNED JUDGE

C. KING, Warden,
KYM WORTHY, Wayne County Prosecutor,
PATRICIA PENMAN, Detective Wayne County
DEYANA UNIS, Ass't Wayne Prosecutor,
BRIDGET HATHAWAY, Judge,
   Respondents,
_____/

## PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254 SEEKING RELEASE OF A WRONGFULLY HELD PRISONER IN THE RESPONDENTS CUSTODY

My name is Carli Carpenter, This is the first time I have filed anything such as this seeking the actual release of someone, so please excuse me if I do not get this right as an expert, lawyer, but when I googled how to do it, it said to simply file this and that the Laws and Rules were on my side to do this on behalf of someone to get them out of prison and so, here I am, presenting this writ of habeas corpus to the courts seeking release of Prisoner Derrick Lee Cardello-Smith #267009 from his wrongfully imposed conviction that I helped contribute to.

I am the person who offered testimony in the criminal case that has resulted in the respondents holding Prisoner Derrick Lee Smith #267009, in custody at various Michigan Department of Corrections Facilities.

(1)

The Basis for his being held is a result of the criminal prosecution done by Wayne County Prosecutor Kym Worthy's Office located at 1441 St. Antoine Street, Detroit, MI 48226.

The case was prosecuted by the Assistant Wayne County Prosecutor Deyana Unis who conducted the proceedings in the Wayne County Circuit Court with Judge Bridget Hathaway presiding over the criminal prosecution of the case against Cardello-Smith in 2019 and it was a case that was very emotionally charged I must say.

The testimony I provided in the criminal case is testimony that resulted in Cardello-Smith being convicted in the Wayne County Circuit Court, I had specifically told Prosecutor Kym Worthy that there was money that changed hands during the lead up to the Criminal Prosecution where I attended meetings with Patricia Penman and Deyana Unis, and they gave me over $4,000.00 to go through with the case, something about, their record and how they are working with the people in the MDOC because of Cardello-Smith always suing people and being a nuisance... Patricia Penman seemed to have a personal history with Derrick though, it was weird. But I needed the money and they said that if I did not go through with it, then they would get me for filing a false police report back in the day, so I did it, I figured he was already in prison so, what is the difference... That is not right though, I should not have done that and I am seeking to have this court grant this writ to get him out and have him released because he should not be in prison since he did not Do any crime against me. I was convinced by Deyana Unit and Especially Patricia Penman to Say Derrick Committed a Rape upon me and he did not do that to me.. I did not tell the truth. I am therefore seeking his release from Prison on this because I did not tell the truth and my statements is what got this going in the first place.

So, what does the court need from me and what does the court need me to do? If you need me to testify that he did not rape me then I will

(2)

testify to it because he did not rape me and I was wrong for saying he did. I have contacted Kym Worthy, Deyana Unis, Patricia Penman all with no results, so I looked on Google and Bing to see how to do this right and here I am, so, can you please tell me what you need from me to get his Writ Granted and Get him out of Prison on this Case that he did not do?

I have been contacted by so many different people about this and I had to leave my main residence and stay at a safe place, I am giving you my address on here Judge. Please contact me and tell me what I have to do to get Him released from prison, I got him in there and I am wrong for this and he should be out, please let me know if you need to appear Personally, On Zoom, or anything else.. Derrick Lee Cardello-Smith did not rape me and Wayne County Officials threatened me with prosecution from a report I made when I was working as an exotic dancer back in the late 90's.. I will need some kind of legal immunity if possible, I was a younger person then, 18 years old and had alot of problems, So I filed the report and got the attention I wanted back then, and all these years later, I am told that because I filed a Fasle Police Report, I will be prosecuted, and then I get paid to go through with the case by Patricia Penman threatening me!!!, I cannot trust police, lawyers or prosecutors, but I know the federal courts have more trust and respect and do not threaten people to lie just to get someone locked up, so if you can tell me when to appear in court, I will do it.. Please grant him release because he did not Rape me..Thank you for your time.....

### RELIEF I'M ASKING FOR

I ask the Court, the Judge to Grant the Writ of Habeas Corpus and Order the Release of MDOC PRISONER #267009, Derrick Lee Cardello-Smith because he did not rape me and police forced me to go through with the Criminal Case, He should be released since he did not hurt me at all, I will testify if the court wants it. Thank you.

April 30, 2024

*Carli Carpenter*
Carli Carpenter
7541 Yale Road
Avoca, MI 48006

(3)

Carli Carpenter
7541 Yale Rd
Avoca Mi. 48006

Office of the Clerk
U.S. District Court
202 West ~~Michigan~~ Washington street
#229
Marquette Michigan 49855

